STATE OF FLORIDA,

     Appellant,

v.

HUSEIN KHALILI,

     Appellee.

_____/

HUSEIN KHALILI,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5611

CASE NO. 1D13-5996

Opinion filed April 1, 2015.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Pamela Jo Bondi, Attorney General, Heather Flanagan Ross, Assistant Attorney General, and Angela R. Hensel, Assistant Attorney General, Tallahassee, for State of Florida.

Nancy A. Daniels, Public Defender, and Kathleen Stover, Assistant Public Defender, for Husein Khalili.

PER CURIAM.

AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.